

**1650 ONE AMERICAN SQUARE**
**INDIANAPOLIS, IN 46282**
317+236+6022
317+236+6015(F)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24229 | 5/17/2010 | 20739 |
| **Job Date** | **Case No.** | |
| 5/4/2010 | | |
| **Case Name** | | |
| EEOC VS. SIMPLY STORAGE | | |
| **Payment Terms** | | |
| Net 30 | | |

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Kevin Cleary     246.15
FOR A COPY OF THE VIDEOTAPE FOR THE DEPOSITION OF:
   Kevin Cleary     150.00

                                   TOTAL DUE  >>>    $396.15
                                   AFTER 6/16/2010  PAY    $427.84

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Job No.   : 20739        BU ID   : 1-MAIN
Case No.   :
Case Name   : EEOC VS. SIMPLY STORAGE

Invoice No.   : 24229        Invoice Date   : 5/17/2010
**Total Due   : $ 396.15**
AFTER 6/16/2010 PAY $427.84

Remit To: **Connor+Associates**
           **1650 One American Square**
           **Box 82020**
           **Indianapolis, IN 46282**

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



1650 One American Square
Indianapolis, IN 46282
317+236+6022
317+236+6015(F)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24472 | 6/3/2010 | 20763 |
| Job Date | Case No. | |
| 5/7/2010 | | |

| Case Name |
|---|
| EEOC VS. SIMPLY STORAGE |

| Payment Terms |
|---|
| Net 30 |

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN  46204

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Sherri Fate                                                                122.15

                                              TOTAL DUE >>>        $122.15
                                              AFTER 7/3/2010  PAY  $131.92

---

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN  46204

Job No.      : 20763         BU ID      : 1-MAIN
Case No.     :
Case Name    : EEOC VS. SIMPLY STORAGE

Invoice No.  : 24472         Invoice Date : 6/3/2010
**Total Due** : **$ 122.15**
AFTER 7/3/2010  PAY  $131.92

Remit To: **Connor+Associates**
         **1650 One American Square**
         **Box 82020**
         **Indianapolis, IN  46282**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |



**CONNOR+ASSOCIATES**
1650 ONE AMERICAN SQUARE
INDIANAPOLIS, IN 46282
317+236+6022
317+236+6015(F)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24461 | 6/1/2010 | 20470 |
| Job Date | Case No. | |
| 5/10/2010 | | |

| Case Name |
|---|
| EEOC VS. SIMPLY STORAGE |

| Payment Terms |
|---|
| Net 30 |

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Joanalle Zupan      1,640.70
CHARGES FOR VIDEOTAPING THE DEPOSITION OF:
    Joanalle Zupan      1,125.00

TOTAL DUE >>>    $2,765.70
AFTER 7/1/2010 PAY    $2,986.96
(-) Payments/Credits:    275.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    2,490.70

*\* revised invoice \**

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Job No. : 20470     BU ID : 1-MAIN
Case No. :
Case Name : EEOC VS. SIMPLY STORAGE

Invoice No. : 24461     Invoice Date : 6/1/2010
**Total Due** : $ 2,490.70

Remit To: **Connor+Associates**
         **1650 One American Square**
         **Box 82020**
         **Indianapolis, IN 46282**

**PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24436 | 6/1/2010 | 20471 |
| Job Date | Case No. | |
| 5/11/2010 | | |

**Case Name**

EEOC VS. SIMPLY STORAGE

**Payment Terms**

Net 30

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN  46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Bunny Baker      578.45
CHARGES FOR VIDEOTAPING THE DEPOSITION OF:
    Bunny Baker      350.00

TOTAL DUE >>>    **$928.45**
AFTER 7/1/2010 PAY    $1,002.73

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN  46204

Job No.   : 20471     BU ID   : 1-MAIN
Case No.  :
Case Name : EEOC VS. SIMPLY STORAGE

Invoice No.  : 24436     Invoice Date : 6/1/2010
**Total Due**  : $ 928.45
AFTER 7/1/2010 PAY $1,002.73

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Connor+Associates**
             **1650 One American Square**
             **Box 82020**
             **Indianapolis, IN  46282**

# INVOICE

**CONNOR+ASSOCIATES**
1650 ONE AMERICAN SQUARE
INDIANAPOLIS, IN 46282
317+236+6022
317+236+6015(F)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24434 | 6/1/2010 | 20472 |
| Job Date | Case No. | |
| 5/12/2010 | | |

**Case Name**

EEOC VS. SIMPLY STORAGE

**Payment Terms**

Net 30

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Ellen Martin      685.15
CHARGES FOR VIDEOTAPING THE DEPOSITION OF:
    Ellen Martin      400.00

                      **TOTAL DUE >>>**    **$1,085.15**
                      AFTER 7/1/2010 PAY    $1,171.96

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Job No.     : 20472            BU ID     : 1-MAIN
Case No.    :
Case Name   : EEOC VS. SIMPLY STORAGE

Invoice No. : 24434            Invoice Date : 6/1/2010
**Total Due** : **$ 1,085.15**
AFTER 7/1/2010 PAY $1,171.96

**PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Connor+Associates**
          **1650 One American Square**
          **Box 82020**
          **Indianapolis, IN 46282**



**Connor+Associates**
1650 One American Square
Indianapolis, IN 46282
317+236+6022
317+236+6015(F)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24432 | 6/1/2010 | 20473 |

| Job Date | Case No. |
|---|---|
| 5/13/2010 | |

| Case Name |
|---|
| EEOC VS. SIMPLY STORAGE |

| Payment Terms |
|---|
| Net 30 |

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Marilou Burkett     679.45
CHARGES FOR VIDEOTAPING THE DEPOSITION OF:
    Marilou Burkett     400.00

TOTAL DUE >>>     **$1,079.45**
AFTER 7/1/2010 PAY     $1,165.81

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Job No.   : 20473      BU ID   : 1-MAIN
Case No.   :
Case Name   : EEOC VS. SIMPLY STORAGE

Invoice No.   : 24432      Invoice Date   : 6/1/2010
**Total Due**   : **$ 1,079.45**
AFTER 7/1/2010 PAY $1,165.81

**PAYMENT WITH CREDIT CARD**      AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Connor+Associates**
             **1650 One American Square**
             **Box 82020**
             **Indianapolis, IN 46282**

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177   Fax:614-326-0214

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19058 | 6/2/2010 | 13737 |
| Job Date | Case No. | |
| 5/17/2010 | 1:09 CV 1223 WTL DML | |
| Case Name | | |
| EEOC vs. Simply Storage Management, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Andrew M. McNeil
Bose McKinney & Evans
111 Monument Circle
Suite 2700
Indianapolis, IN  46204

1 COPY OF TRANSCRIPT OF:
   Latisha R. Lawshea     539.00
     AndersonWeb Repository     0.00     0.00
     ASCII/Condensed Transcri     0.00     0.00

**TOTAL DUE >>>**     **$539.00**
AFTER 7/2/2010  PAY     $592.90

Thank you for your business.

Tax ID: 31-1432008     Phone: 317 684 5253   Fax:

*Please detach bottom portion and return with payment.*

Andrew M. McNeil
Bose McKinney & Evans
111 Monument Circle
Suite 2700
Indianapolis, IN  46204

Invoice No.   : 19058
Invoice Date  : 6/2/2010
**Total Due** : **$ 539.00**
AFTER 7/2/2010  PAY  $592.90

JUN 0 3 2010

Job No.    : 13737
BU ID      : 1-MAIN
Case No.   : 1:09 CV 1223 WTL DML
Case Name  : EEOC vs. Simply Storage Management, et al.

Remit To: **Anderson Reporting Services, Inc.**
         **3242 West Henderson Road**
         **Suite A**
         **Columbus, OH  43220**

**ANDREW M MCNEIL ESQUIRE**
BOSE MCKINNEY & EVANS, LLP
111 MONUMENT CIRCLE
SUITE 2700
INDIANAPOLIS,,IN 46204

| | | | |
|---|---|---|---|
| Asg. Date: | 05/18/2010 | Invoice # | 8433 |
| Case\Assg No. | 16447-1 | Invoice Date | 06/21/2010 |
| Case Caption: | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION vs. SIMPLY STORAGE MANAGEMENT, LLC, O.B. MANAGEMENT SERVICES, INC. AND OBT, LLC, dba OB COMPANIES and/or SIMPLYSELF STORAGE | | |

**Remarks**
DEPOSITION OF TARA PERRY

| | |
|---|---|
| Total Amount $ | $600.85 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $600.85 |

# INVOICE



1650 ONE AMERICAN SQUARE
INDIANAPOLIS, IN 46282
317•236•6022
317•236•6015(F)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24457 | 6/1/2010 | 21035 |

| Job Date | Case No. |
|---|---|
| 5/24/2010 | |

| Case Name |
|---|
| EEOC VS. SIMPLY STORAGE |

| Payment Terms |
|---|
| Net 30 |

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|    Les Swank | 629.85 |
| TOTAL DUE >>> | **$629.85** |
| AFTER 7/1/2010 PAY | $680.24 |

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Job No.      : 21035          BU ID     : 1-MAIN
Case No.     :
Case Name    : EEOC VS. SIMPLY STORAGE

Invoice No.  : 24457          Invoice Date : 6/1/2010
**Total Due** : **$ 629.85**
AFTER 7/1/2010 PAY $680.24

Remit To: **Connor+Associates**
        **1650 One American Square**
        **Box 82020**
        **Indianapolis, IN 46282**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: ____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**CONNOR+ASSOCIATES**
1650 ONE AMERICAN SQUARE
INDIANAPOLIS, IN 46282
317+236+6022
317+236+6015(F)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24421 | 6/1/2010 | 20707 |

| Job Date | Case No. |
|---|---|
| 5/25/2010 | |

| Case Name |
|---|
| EEOC VS. SIMPLY STORAGE |

| Payment Terms |
|---|
| Net 30 |

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Tara Strahl     559.70

TOTAL DUE >>>    $559.70
AFTER 7/1/2010 PAY    $604.48

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Job No. : 20707    BU ID : 1-MAIN
Case No. :
Case Name : EEOC VS. SIMPLY STORAGE

Invoice No. : 24421    Invoice Date : 6/1/2010
**Total Due** : **$ 559.70**
AFTER 7/1/2010 PAY $604.48

Remit To: **Connor+Associates**
         **1650 One American Square**
         **Box 82020**
         **Indianapolis, IN 46282**

**PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



1650 One American Square
Indianapolis, IN 46282
317+236+6022
317+236+6015(f)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25295 | 8/9/2010 | 21858 |
| Job Date | Case No. | |
| 8/3/2010 | | |

| Case Name |
|---|
| EEOC VS. SIMPLY STORAGE |

| Payment Terms |
|---|
| Net 30 |

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Larry Woodruff     421.30

**TOTAL DUE >>>**    **$421.30**
AFTER 9/8/2010 PAY    $455.00

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Job No. : 21858     BU ID : 1-MAIN
Case No. :
Case Name : EEOC VS. SIMPLY STORAGE

Invoice No. : 25295     Invoice Date : 8/9/2010
**Total Due :  $ 421.30**
AFTER 9/8/2010 PAY $455.00

Remit To: **Connor+Associates**
          **1650 One American Square**
          **Box 82020**
          **Indianapolis, IN 46282**

**PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:       Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63892 | 8/24/2010 | 42818 |
| Job Date | Case No. ||
| 8/11/2010 | 1:09-CV-223 ||
| Case Name |||
| EEOC vs. Simply Storage |||
| Payment Terms |||
| Due upon receipt |||

Offices Nationwide

Questions? (866) 448 - DEPO (3376)

Andrew McNeil
Bose, McKinney & Evans, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Kristin Hilton | 279.00 Pages | @ | 3.25 | 906.75 |
| Exhibits: PDF Scanned Exhibits | 114.00 Pages | @ | 0.35 | 39.90 |
| E-Transcript Email | | | 0.00 | 0.00 |
| Shipping | | | 30.00 | 30.00 |
| | | TOTAL DUE >>> | | $976.65 |

Did you know that Capital Reporting Company is a national company? We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

**Tax ID:** 20-0203552                                                        Phone: 317-684-5253    Fax:

*Please detach bottom portion and return with payment.*

Andrew McNeil
Bose, McKinney & Evans, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Job No.    : 42818            BU ID      : 9-GSA
Case No.   : 1:09-CV-223
Case Name  : EEOC vs. Simply Storage

Invoice No.  : 63892          Invoice Date : 8/24/2010
**Total Due** : $ 976.65

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

**PAYMENT WITH CREDIT CARD**   AMEX MC VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**CONNOR+ASSOCIATES**
1650 One American Square
Indianapolis, IN 46282
317+236+6022
317+236+6015(F)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25607 | 9/1/2010 | 21859 |

| Job Date | Case No. |
|---|---|
| 8/26/2010 | |

| Case Name |
|---|
| EEOC VS. SIMPLY STORAGE |

| Payment Terms |
|---|
| Net 30 |

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Terrance Lee Gordon     414.95
FOR A DVD OF THE VIDEOTAPED DEPOSITION OF:
   Terrance Lee Gordon     200.00

   **TOTAL DUE >>>**    **$614.95**
   AFTER 10/1/2010 PAY    $664.15

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Andrew McNeil
BOSE MCKINNEY & EVANS
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Job No. : 21859     BU ID : 1-MAIN
Case No. :
Case Name : EEOC VS. SIMPLY STORAGE

Invoice No. : 25607     Invoice Date : 9/1/2010
**Total Due** : $ 614.95
AFTER 10/1/2010 PAY $664.15

Remit To: **Connor+Associates**
          **1650 One American Square**
          **Box 82020**
          **Indianapolis, IN 46282**

**PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____